VERONICA A.F. NEBB
City Attorney, SBN 140001
BY: KATELYN M. KNIGHT
Assistant City Attorney, SBN 264573
CITY OF VALLEJO, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA 94590
Tel:   (707) 648-4545
Fax:   (707) 648-4687
Email: katelyn.knight@cityofvallejo.net

Attorneys for Defendant ROSENDO MESA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYLES LEROY TOMERLIN,<br><br>Plaintiff,<br><br>vs.<br><br>ROSENDO MESA in his individual capacity and in his official capacity as police officer for CITY OF VALLEJO; and DOES 1 through 50, inclusive, individually and their official capacities as peace officers for CITY OF VALLEJO, jointly and severally,<br><br>Defendants. | Case No. 2:23-cv-01755-KJN<br><br>**DEFENDANT'S OFFER OF JUDGMENT (FRCP 68)** |

    Defendant ROSENDO MESA, in his individual capacity and in his official capacity as a police officer for the CITY OF VALLEJO, hereby offers to allow entry of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows:

    Judgment in favor of Plaintiff MYLES LEROY TOMERLIN against Defendant ROSENDO MESA, in his individual capacity and in his official capacity as a police officer for the CITY OF VALLEJO, in the sum of Forty Thousand Dollars ($40,000), which is the total amount that Defendants shall be obligated to pay on account of any liability claimed herein, and

which shall include any liability for costs of suit, attorney fees awardable by statute or otherwise, and any claim for fees payable to expert witnesses or other costs accrued to date that might be recoverable against Defendants in this action.

This offer is made with no admission of liability as to any Defendant herein. This offer will remain open for 14 days from the date of service. If the offer is not accepted within 14 days of service, the offer is considered automatically withdrawn. Fed. R. Civ. Proc. 68(b). Evidence of this offer is not admissible except in a proceeding to determine costs.

DATED: September 8, 2023

Respectfully submitted,

KATELYN M. KNIGHT
Assistant City Attorney
Attorney for Defendant ROSENDO MESA

Case No. 2:23-cv-01755-KJN

DEFENDANT'S RULE 68 OFFER

2

## PROOF OF SERVICE

### *Tomerlin v. Mesa*
### USDC, Eastern District, Case No. 2:23-cv-01755-KJN

I am over the age of 18 and not a party to the within entitled action. I am employed as an attorney for the City Attorney's Office, City of Vallejo and my business address is City Hall, 555 Santa Clara Street, Vallejo, California 94590.

On September 8, 2023, I served the document(s) herein on all interested parties to said action by the following means:

[X] **BY MAIL:** By placing a true copy thereof, enclosed in a sealed envelope, for collection and mailing on that date following ordinary business practices, at the Office of the City Attorney, City of Vallejo, City hall, 555 Santa Clara Street, Vallejo, CA 94590, addressed as shown below. I am readily familiar with the City government's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice it would be deposited with the United States Postal Service on that same day it was placed for collection and processing, with postage thereon fully prepaid, in the ordinary course of business. Said envelope was addressed to the parties as shown below.

[ ] **BY PERSONAL SERVICE:** By causing a true copy thereof to be delivered by hand to the office of the person(s) as shown below.

[ ] **BY OVERNIGHT MAIL:** By placing a true copy thereof, enclosed in a sealed envelope, with delivery charges to be billed to the Office of the City Attorney, to be delivered by express delivery to the address(es) as shown below.

[ ] **BY ELECTRONIC TRANSMISSION:** By sending a true copy thereof via e-mail to the person(s) at the e-mail address(es) as shown below. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

DOCUMENT(S) SERVED:   **DEFENDANT'S OFFER OF JUDGMENT (FRCP 68)**

ADDRESSEE(S):   **Justin Kirk Tabayoyon**
**1401 21st Street, Suite 5242**
**Sacramento, CA 95811**

I certify and declare that I am a member of the Bar of this Court and completed service.

Executed on this 8th day of September, 2023, at Vallejo, California.

Katelyn M. Knight, Declarant

| | |
|---|---|
| **From:** | Justin Tabayoyon |
| **To:** | Katelyn Knight |
| **Cc:** | Nicolas Arango; Sarah Chesser; Hampton Jackson |
| **Subject:** | Re: Tomerlin v. Mesa - Rule 69 Offer of Judgment |
| **Date:** | Tuesday, September 19, 2023 2:23:25 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image005.png |

**This Message Is From an External Sender**
This message came from outside your organization.

Hi Katelyn,

TAKE NOTICE, Myles Tomerlin hereby accepts Rosenda Mesa's Rule 68 offer for judgment and hereby provides his written notice of the acceptance of Rosenda Mesa's Rule 68 offer of $40,000.

Reply to confirm receipt, and please file the Rule 68 offer along with this written acceptance. I will send you a separate email with the address where I would like the check mailed.

Justin Kirk Tabayoyon
Attorney for Myles Tomerlin