# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYLES LEROY TOMERLIN, | Case No.: 2:23-cv-01755-DJC-KJN |
| Plaintiff(s), | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| ROSENDO MESA, | |
| Defendant(s). | |

This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED** that judgment is hereby entered in accordance with the Notice of Acceptance of Offer of Judgment under Federal Rule of Civil Procedure 68, ECF No. 7, filed on 9/20/2023.

ENTERED: September 26, 2023     Keith Holland, Clerk of Court

/s/ G. Michel
by G. Michel, Deputy Clerk

1